ACCEPTED
03-13-00333-CR
6032079
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/13/2015 10:14:49 AM
JEFFREY D. KYLE
CLERK

# THE ERWIN LAW FIRM, L.L.P.

109 EAST HOPKINS STREET
SUITE 200
SAN MARCOS, TEXAS 78666
www.theerwinlawfirm.com
josh@theerwinlawfirm.com
amanda@theerwinlawfirm.com

TEL: (512) 938-1800

FAX: (512) 938-1804

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
7/13/2015 10:14:49 AM
JEFFREY D. KYLE
Clerk

July 13, 2015

Mr. Jeffrey D. Kyle
Court of Appeals
Third District of Texas
P.O. Box 12547
Austin, Texas 78711

Re:     Court of Appeals Number:     03-13-00333-CR and 03-13-00334-CR
        Trial Court Case Number:       CR-12-0141 and CR-13-0053

Dear Mr. Kyle:

This letter is to certify my compliance with Texas Rule of Appellate Procedure 48.4 in the above case.  I have already sent the Court compliance, however, that notice was sent to a Richard Gonzalez who was not my client, but another Defendant out of Hays County, Texas.  I sent my client a letter explaining this, and instructions on how to file an extension.  Please find a copy of the return receipt attached.  Please file this letter in your record of the appeal in this case. Thank you for your time and please do not hesitate to contact me with any questions.

Sincerely,

/s/ Amanda Erwin
Amanda Erwin

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mc. Richard Gonzaly #1857179
Hughes Unit
R#. 2 Box 4400
Gatesville, TX 76597

9590 9403 0383 5163 9118 70

EK872305468US

PS Form 3811, April 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
               ☐ Addressee

B. Received by (Printed Name)       C. Date of Delivery
                                     7/8/15

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☒ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

**CERTIFICATE OF SERVICE**

Pursuant to TEX. R. APP. P. 9.5, I certify that of July 13, 2105, a copy of this letter was delivered via electronic service to: Hays County District Attorney's Office, Appellate Division, 712 South Stagecoach Trail, Suite 2057, San Marcos Texas, 78666.

/s/ Amanda Erwin

_____

Amanda Erwin